UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-02784-5-JNC |
| | ) | |
| WAYNE THOMAS JOYNER, | ) | |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 PROCEEDING |

**BANKRUPTCY ADMINISTRATOR'S MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

**NOW COMES** the Bankruptcy Administrator for the Eastern District of North Carolina, by and through her undersigned counsel, and respectfully moves this Court for an order upon the Debtor to produce certain documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. The Bankruptcy Administrator requests that the Debtor produce the documents that are indicated below:

☒    Pay advices of the Debtor for the time period of November 1, 2017 through June 30, 2018. Pay advices include, but are not limited to, the following: paycheck stubs, pension/retirement statements, IRA withdrawal statements, 401(k) withdrawal statements, Social Security benefits award statements, monthly profit and loss statements for business income, annuity payments, and any other document that evidences your income for the preceding six months.

☒    Copies of bank statements and cancelled checks, organized in chronological order, for all bank accounts held by the Debtor for the time period of June 1, 2017 through June 30, 2018.

☒    Copies of and all court orders or separation agreements directing the Debtor to pay alimony or child support.

**WHEREFORE,** the Bankruptcy Administrator requests that this Court issue an order:

1.  Requiring the Debtor to produce the documents outlined herein to the Bankruptcy Administrator's Office located at 434 Fayetteville Street, Suite 640, Raleigh, NC 27601 (or via email to rick_hinson@nceba.uscourts.gov) no later than August 1, 2018; and,

2.  Granting such other and further relief the Court deems just and proper.

Dated this 18th day of July, 2018.

Respectfully submitted,

Marjorie K. Lynch
Bankruptcy Administrator

By: /s/ Parker W. Rumley
Parker W. Rumley
Staff Attorney
NCSB #40189
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 620
Raleigh, NC 27601
(919) 856-4886
(919) 856-4692 – Facsimile
parker_rumley@nceba.uscourts.gov

# **CERTIFICATE OF SERVICE**

I, Rick P. Hinson, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was more than eighteen (18) years of age;

That on the 18th day of July, 2018, I served copies of the foregoing document on the following:

Lenita Webb Arrington
Debtor's Attorney

Stephen L. Beaman
Chapter 7 Trustee

By electronic service via cm/ecf, and,

Wayne Thomas Joyner
310 W. 17th Street
Scotland Neck, NC 27874

by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of July, 2018

               By: /s/ Rick P. Hinson
               Rick P. Hinson
               Bankruptcy Analyst
               434 Fayetteville Street, Suite 640
               Raleigh, NC 27601