**SO ORDERED.**

**SIGNED this 30 day of August, 2018.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
WAYNE THOMAS JOYNER                                    CASE NO.: 18-02784-5-JNC
                    DEBTOR(S)                                    CHAPTER 7
         DEBTOR(S)

ORDER ALLOWING DEBTORS' MOTION TO DISMISS PETITION

THIS MATTER COMING, upon debtor's Motion to Dismiss Petition dated August 1, 2018; and it appearing to the Court that all interested parties were properly noticed; and the Court is of the opinion that the Debtor's Motion to Dismiss Petition should be granted, for good cause shown, therefore, it is;

ORDERED that the Debtors' Motion to Dismiss Petition is hereby granted; and Further Ordered that the Debtor's Chapter 7 case is dismissed without prejudice.

End of document